IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DARA WILLIAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION FILE** |
| v. ) | **NO. 1:12-CV-3733-RWS** |
| ) | |
| **PONY TAIL, INC. d/b/a CLUB ONYX,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW PONY TAIL, INC., Defendant in the above-styled civil action, and pursuant to L.R. 3.3., timely files this its Certificate of Interested Persons and Corporate Disclosure Statement.

(1) The undersigned counsel of record for Defendant certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Plaintiff:  Dara Williams**

**Defendant:  Pony Tail, Inc. d/b/a Club Onyx**

**Others:     None.**

(2) The undersigned further certifies that the following is a complete list of

all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    **a.**    **DeLong Caldwell Bridgers & Fitzpatrick, LLC**

    **b.**    **Jack Galardi**

(3)    The undersigned further certified that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    **a.**    **Plaintiff:  Charles R. Bridgers & Kevin D. Fitzpatrick, Jr.**

    **b.**    **Defendant:  Susan Kastan Murphey & Dean R. Fuchs**

This 20th day of November, 2012.

                              Respectfully submitted,

                              /s/ Susan Kastan Murphey
                              SUSAN KASTAN MURPHEY
                              Georgia Bar No. 408498

                              /s/ Dean R. Fuchs
                              DEAN R. FUCHS
                              Georgia Bar No. 279170
                              Counsel for Defendant

Schulten Ward & Turner, LLP
260 Peachtree Street, NW, Suite 2700
Atlanta, GA 30303
(404) 688-6800
(404) 688-6840 facsimile

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DARA WILLIAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION FILE** |
| v. ) | **NO. 1:12-CV-3733-RWS** |
| ) | |
| **PONY TAIL, INC. d/b/a CLUB ONYX,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that this filing complies with the requirements of Local Rule 5.1B (Times New Roman, 14 point) and I further certify that I have this day served a copy of the within and foregoing **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** by using the court's CM/ECF system as follows:

| | |
|---|---|
| Charles R. Bridgers | Kevin D. Fitzpatrick, Jr. |
| charlesbridgers@dcbflegal.com | kevin.fitzpatrick@dcbflegal.com |

This 20th day of November, 2009.

/s/ Dean R. Fuchs
DEAN R. FUCHS
Georgia Bar No. 279170
Attorney for Defendant

Schulten Ward & Turner, LLP
260 Peachtree Street, NW, Suite 2700
Atlanta, GA 30303
(404) 688-6800
(404) 688-6840 facsimile